UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Red Hawk Farming and Cooling LLC, | |
| Plaintiff(s), | No. C04-3205 SBA (BZ) |
| v. | **ORDER TO SHOW CAUSE** |
| CASTILLEJA AND SON DISTRIBUTING INC, et al., | |
| Defendant(s). | |

On June 2, 2005 and June 3, 2005, I issued orders requiring Michael A. Castilleja to appear before this Court on July 11, 2005, at 10:00 a.m., to furnish information to aid in enforcement of a money judgment.[1]  Mr. Castilleja failed to appear as ordered and had not sought to have his presence excused.

**IT IS HEREBY ORDERED** that Mr. Castilleja must show cause in person on **Tuesday, August 16, 2005, at 11:00 a.m.** in

---

[1] The June 2, 2005 Order required Mr. Castilleja to appear as the person most knowledgeable for Castilleja and Sone Distributing, Inc.  The June 3, 2005 Order required Mr. Castilleja to appear for examination in his capacity as judgment debtor.

1

Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102, why he should not be held in contempt or sanctioned under Rule 16(f) for his failure to appear.  Failure to appear on August 16, 2005 may result in the court issuing a warrant for Mr. Castillega's arrest.  Plaintiff must immediately serve a copy of this order on defendants and file proof of service.

Dated: July 11, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\RED HAWK\OSC.wpd